NUMBER 13-09-00164-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

MAXIMO VALDEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the 319th District Court


of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela 


Memorandum Opinion Per Curiam



 Appellant, Maximo Valdez, by and through his attorney, has filed a motion to
withdraw appeal because he no longer desires to prosecute it. See Tex. R. App. P. 42.2(a). 
Without passing on the merits of the case, we grant the motion to withdraw appeal and
dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.2(a). Having
dismissed the appeal at appellant's request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 PER CURIAM


Do not publish. 

See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and 

filed this 11th day of June, 2009.